ORIGINAL

Li_ChunMing.mtnbondjgmt

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JUN - 1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 98-00220 |
| Plaintiff, | |
| vs. | **MOTION FOR JUDGMENT ON FORFEITURE OF BOND** |
| CHUN MING LI, | |
| Defendant. | |

TO THE HONORABLE JUDGE OF SAID COURT:

    Now comes the United States of America, by and through the United States Attorney for the District of Guam, and pursuant to Rule 46(e) of the Federal Rules of Criminal Procedure, and 18 U.S.C. § 3146(d), moves this Court as follows:

    1. On or about July 11, 2001, a bond was executed by the Defendant, CHUN MING LI, in the sum of $10,000.00, conditioned upon his appearance in this Court to answer a charge of the United States against him.

    2. Pursuant to the Order of Deposit of Funds into an Interest Bearing Account, filed 7/12/2001, the funds were deposited into a Bank Pacific TCD. All interest earned in this account was automatically rolled into principal. The TCD matures on 5/26/07 and the balance of this account after interest is posted is $10,717.33.

//

3. On or about February 7, 2002, the Defendant, CHUN MING LI was in default of the conditions of said bond in the following respect: Defendant, CHUN MING LI failed to appear for sentencing on February 7, 2002.

4. On or about February 7, 2002, this Court ordered a bench warrant be issued for the arrest of Defendant, CHUN MING LI.

WHEREFORE, the United States of America prays:

1. That this Court enter a judgment against the Defendant, CHUN MING LI, in the sum of $10,000.00 plus the accrued interest.

2. That the $10,000.00 plus interest now on deposit in a Bank Pacific TCD be credited to the judgment entered herein.

Respectfully submitted this 31 day of May, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney