**Li_ChunMing.bondjgmt**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHUN MING LI, ) <br> ) <br> Defendant. ) <br> _____) | CRIMINAL CASE NO. 98-00220 <br><br> **JUDGMENT ON FORFEITURE OF BOND** |

JUDGMENT ON FORFEITURE OF BOND

Came on to be considered the motion of the United States of America for entry of a judgment against Defendant, CHUN MING LI, in the sum of $10,000.00 plus accrued interest. The Court hereby finds:

1. On or about July 11, 2001, a bond was executed by the Defendant, CHUN MING LI, in the sum of $10,000.00, conditioned upon his appearance in this Court to answer a charge of the United States against him.

2. Pursuant to the Order of Deposit of Funds into an Interest Bearing Account, filed 7/12/2001, the funds were deposited into a Bank Pacific TCD. All interest earned in this account was automatically rolled into principal. The TCD matures on 5/26/07 and the balance of this account after interest is posted is $10,717.33.

//

1  3. On or about February 7, 2002 the Defendant, CHUN MING LI was in default of the
2  conditions of said bond in the following respects: Defendant, CHUNG MING LI failed to appear
3  for sentencing on February 7, 2002,

4  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the United States
5  of America do have and recover of and from, Defendant CHUN MING LI, the sum of
6  $10,000.00 plus accrued interest.

7  IT IS FURTHER ORDERED that the $10,000.00 plus interest now on deposit in a Bank
8  Pacific TCD be credited to the judgment entered herein.



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jun 05, 2007**